UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES CRUM, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. 2:21-cv-1240-AMM-GMB |
| STATE OF ALABAMA, | ) ) ) |
| Respondent. | ) ) |

## MEMORANDUM OPINION

The magistrate judge entered a report on October 15, 2021, recommending that this petition for a writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, be dismissed without prejudice for failure to prosecute. Doc. 3.  On October 27, 2021, Petitioner James Crum moved for an extension of time, Doc. 4, to respond to the court's September 22, 2021 order to file an amended petition, Doc. 2. The court construed Mr. Crum's motion for extension as an objection to the report and recommendation, granted the motion, and ordered Mr. Crum to file an amended petition on or before November 22, 2021. Doc. 5. Mr. Crum has failed to do so.

Having carefully reviewed and considered *de novo* all of the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. Accordingly, Mr.

Crum's petition is dismissed without prejudice for failure to prosecute. A separate order will be entered.

**DONE** and **ORDERED** this 2nd day of December, 2021.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE